UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| Major Wire Industries, Ltd., <br><br>    Plaintiff, <br><br>    vs. <br><br> James Siler and <br> Durex Products, Inc., <br><br>    Defendants. | Case No. __3:19cv185__ |

### Motion for Preliminary Injunction

Pursuant to Federal Rule of Civil Procedure 65, plaintiff Major Wires Industries, Ltd. ("Major Wire") moves this Court to enter a preliminary injunction as follows:

(A)  enjoining defendant James Siler ("Siler") from breaching his Confidentiality and Non-Competition Agreement with Major Wire and ordering him to specifically perform his ongoing duties and obligations thereunder; and,

(B)  enjoining Siler and defendant Durex Products, Inc. ("Durex"), and their officers, agents, servants, employees and attorneys and all other persons who are in active concert or participation with them from: (i) misappropriating Major Wire's trade secrets; (ii) tortiously interfering with Major Wire's business relations; and (iii) unfairly competing with Major Wire.

As Major Wire's complaint and its memorandum in support of this motion establish, Major Wire faces imminent and irreparable harm from Siler's and Durex's tortious and unlawful conduct for which it lacks an adequate remedy at law and Major Wire is likely to succeed on the merits of its claims. Moreover, preliminary relief in favor of Major Wire would not cause Siler or Durex grater harm than withholding such an order would cause Major Wire

and would serve the public interest. Major Wire accordingly asks the Court to grant this motion and enter a preliminary injunction in its favor.

                                           Respectfully submitted,

Dated: September 4, 2019         s/ David T. Movius
                                           David T. Movius
                                             dmovius@mcdonaldhopkins.com
                                          McDonald Hopkins LLC
                                          600 Superior Avenue, East, Ste. 2100
                                          Cleveland, Ohio 44114
                                          t 216.348.5400 │ f 216.348.5474

                                          *Counsel for Major Wire Industries, Ltd.*

{8277446:2 }

## Certificate of Service

The foregoing *Motion for Preliminary Injunction* is being served together with, and in the same manner, as the Complaint in this case.

s/ David T. Movius
*One of the Attorneys for*
*Major Wire Industries, Ltd.*
