UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MAJOR WIRE INDUSTRIES, LTD., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | ) Case No. 3:19-cv-185-RLY-MPB |
| | ) |
| JAMES SILER | ) |
| | ) |
|    and | ) |
| | ) |
| DUREX PRODUCTS, INC., | ) |
| | ) |
|    Defendants. | ) |

**ORDER ON DEFENDANTS' MOTION TO STAY PENDING
A CONFERENCE WITH MAGISTRATE JUDGE**

    Defendants, James Siler and Durex Products, Inc., filed their *Motion to Stay Pending a Conference With Magistrate Judge*. (Docket No. 15). The Court, having considered the argument of counsel and being duly advised in the premises, hereby **ORDERS**:

    1.    The deadlines for Defendants' respective responses to Plaintiff's Motion for Preliminary Injunction (Docket No. 3) are hereby **STAYED** pending further action of this Court following the conclusion of a conference between the parties and the Magistrate Judge assigned to this case;

    2.    The deadlines for Defendants' respective responses to Plaintiff's Combined Motion for Expedited Discovery and Evidentiary Hearing on Motion for Preliminary Injunction (Docket No. 5) are hereby **STAYED** pending further action of this Court following the conclusion of a conference between the parties and the Magistrate Judge assigned to this case; and

3.	A **TELEPHONIC STATUS CONFERENCE** is set for **SEPTEMBER 24, 2019** at 1:30 p.m., Evansville time (CST), before the Honorable Matthew P. Brookman, United State Magistrate Judge.  **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

Dated:  September 18, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via email generated by the court's ECF system.