UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MAJOR WIRE INDUSTRIES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00185-RLY-MPB |
| | ) | |
| JAMES SILER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
TELEPHONIC STATUS CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, by telephone, at 1:30 p.m., Evansville time (CST), on September 24, 2019, for a conference under Rule 16, Federal Rules of Civil Procedure. Parties were represented by counsel.

Thereafter, the following **ORDERS** are entered:

1. The schedule for Plaintiff's Motion for Preliminary Injunction (Docket No. 3) shall be as follows:

   A. Written discovery shall be served by **September 27, 2019**. Responses shall be served by **October 24, 2019**.

   B. Depositions for the hearing on Plaintiff's Motion shall be completed by **November 15, 2019**.

   C. Plaintiff's Supplemental Brief shall be filed by **November 20, 2019**.

   D. Defendants' Response shall be filed by **December 5, 2019**.

2. A **PRELIMINARY INJUNCTION HEARING** is set for **DECEMBER 9, 2019** at 10:00 a.m., Evansville time (CST), before the Honorable Richard L. Young, United States District Court Judge, in Room 301 of the Federal Building/U.S. Courthouse in Evansville,

Indiana.

3. Plaintiff's Motion for Expedited Discovery and Evidentiary Hearing on Motion for Preliminary Injunction (Docket No. 5) is **DENIED AS MOOT**.

4. A **TELEPHONIC STATUS CONFERENCE** is set for **OCTOBER 21, 2019** at 8:30 a.m., Evansville time (CST), before the Honorable Matthew P. Brookman, United States Magistrate Judge. **The information needed by counsel to participate in this telephonic conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

**SO ORDERED.**

**Dated:** October 2, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**