UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| Major Wire Industries, Ltd., <br><br> Plaintiff, <br><br> vs. <br><br> James Siler and <br> Durex Products, Inc., <br><br> Defendants. | Case No. 3:19-cv-00185-RLY-MPB |

**Major Wire Industries, Ltd.'s Motion for Extension of Settlement Deadline**

Major Wire Industries, Ltd. ("Major Wire") respectfully moves the Court for entry of an order extending by thirty (30) days the deadline for it to submit a motion to dismiss or a stipulation of dismissal, until January 21, 2020. In support, Major Wire states as follows:

1. The Court on November 21, 2019, conducted a settlement conference in this matter, during which Major Wire and defendants James Siler ("Siler") and Durex Products, Inc. ("Durex") reached agreement on the primary terms for settlement, with the final documents to be drafted by counsel for the parties.

2. On November 22, 2019, the Court in a minute entry (EC 35) following the settlement conference ordered counsel for Major Wire to file a motion to dismiss or a stipulation of dismissal consistent with the agreements of the parties within thirty (30) days of the date thereof. The minute entry further provided that "[a]dditional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period." (*Id.*)

3. Consistent with the Court's minute entry, the parties have worked diligently to complete the formal documentation of their agreements within the time set by the Court.

Following the conference, counsel for Major Wire circulated proposed settlement agreements between it and Siler and between it and Durex, each of which incorporated a joint consent decree. Counsel for Siler and Durex responded separately with comments to the draft settlement agreements and jointly with respect to the draft consent decree, and Major Wire has responded to each.

4. The parties have made substantial progress toward formally documenting their respective agreements. However, several issues remain open. While the parties are working to resolve those issues, counsel for Durex has indicted that their client contacts are not presently available due to the upcoming holidays. Additional time therefore is needed for the parties to complete their agreements and consent decree, and counsel for Siler and Durex have confirmed that neither objects to this motion.

5. Accordingly, Major Wire respectfully requests that this Court extend the time for Major Wire to the deadline for it to submit a motion to dismiss or a stipulation of dismissal by thirty (30) days, until January 31, 2020.

WHEREFORE, Major Wire respectfully requests that this Court extend the deadline for it to submit a motion to dismiss or a stipulation of dismissal by thirty (30) days, until January 31, 2020. and grant such other relief this Court deems equitable and just under the circumstances.

Dated: December 20, 2019

/s/ David T. Movius
David T. Movius
dmovius@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474

*Counsel for Major Wire Industries, Ltd.*

{8527411: }

## Certificate of Service

I hereby certify that, on December 20, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

/s/ David T. Movius
*Counsel for Major Wire Industries, Ltd.*

{8527411: }