UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MAJOR WIRE INDUSTRIES, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00185-RLY-MPB |
| | ) | |
| JAMES SILER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION FOR EXTENSION OF SETTLEMENT DEADLINE**

This matter is before the Court on Major Wire Industries, Ltd.'s unopposed *Motion for Extension of Settlement Deadline*. (Docket No. 36). The Court **GRANTS** the request and **ORDERS** the deadline for Plaintiff to submit a motion to dismiss or a stipulation of dismissal be extended to January 31, 2020.

**SO ORDERED** this 23rd day of December, 2019.

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.