UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| Major Wire Industries, Ltd., <br><br>   Plaintiff, <br><br>   vs. <br><br> James Siler and <br> Durex Products, Inc., <br><br>   Defendants. | Case No. 3:19-cv-00185-RLY-MPB |

**Major Wire Industries, Ltd.'s Second Motion for Extension of
Settlement Deadline and Request for Telephonic Status Conference**

Major Wire Industries, Ltd. ("Major Wire") respectfully moves the Court for entry of an order extending the deadline for it to submit a motion to dismiss or a stipulation of dismissal until February 28, 2020, and further requests that the Court schedule a telephonic status conference for the parties to address the remaining settlement issues between them. In support, Major Wire states as follows:

1. The Court on November 21, 2019, conducted a settlement conference in this matter, during which Major Wire and defendants James Siler ("Siler") and Durex Products, Inc. ("Durex") reached agreement on the primary terms for settlement, with the final documents to be drafted by counsel for the parties.

2. On November 22, 2019, the Court in a minute entry (EC 35) following the settlement conference ordered counsel for Major Wire to file a motion to dismiss or a stipulation of dismissal consistent with the agreements of the parties within thirty (30) days of the date thereof. On December 20, 2019, Major Wire moved the Court for an extension of that deadline (EC 36), which the Court granted, until January 31, 2020 (EC 37).

{8597995: }

3. Since the settlement conference, the parties have worked diligently to complete the formal documentation of their agreements within the time set by the Court. Unfortunately, the parties have thus far been unable to complete their formal documentation of their respective agreements.

4. Accordingly, Major Wire respectfully requests that this Court extend the time for Major Wire to the deadline for it to submit a motion to dismiss or a stipulation of dismissal until February 28, 2020. Additionally, because the parties have not been able to reach agreement on the final terms of settlement, Major Wire respectfully requests that this Court set a telephonic status conference for the parties to address the remaining settlement issues between them.

WHEREFORE, Major Wire respectfully requests that this Court extend the deadline for it to submit a motion to dismiss or a stipulation of dismissal until February 28, 2020, schedule a telephonic status conference, and grant such other relief this Court deems equitable and just under the circumstances.

Dated: January 30, 2020

/s/ David T. Movius
David T. Movius
 dmovius@mcdonaldhopkins.com
MCDONALD HOPKINS LLC
600 Superior Avenue, E., Suite 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474

*Counsel for Major Wire Industries, Ltd.*

{8597995: }

## Certificate of Service

I hereby certify that, on January 30, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and parties may access this filing through the Court's system.

　/s/ David T. Movius　　　
*Counsel for Major Wire Industries, Ltd.*

{8597995: }